UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JOSEPH CRUZ,

        Plaintiff,

   v.

CALMCO SERVICING, L.P., and
T.D. SERVICE FINANCIAL CORP.,

        Defendants.

NO. CIV. S-05-0208 FCD PAN

BK COURT NO. 01-91737

MEMORANDUM AND ORDER

----oo0oo----

On January 31, 2005, plaintiff Joseph Cruz, incorrectly filed this action, which arises under 11 U.S.C. § 362(a) in the District Court. Pursuant to General Order 182 this matter is referred to the Bankruptcy Court for all further proceedings.

IT IS SO ORDERED.

DATED: June 28, 2005

                                  /s/ Frank C. Damrell Jr.
                                  FRANK C. DAMRELL JR.
                                  United States District Judge